## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03213-AP

DELORES RAMOS,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,[1]

    Defendant.

---

Joint Case Management Plan

---

### 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Chris R. Noel | Daniel E. Burrows |
| 3000 Pearl St #212 | Special Assistant U.S. Attorney |
| Boulder, CO 80301-2431 | Social Security Administration |
| (303) 449-6503 | 1001 17th St |
| chrisildar@comcast.net | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Fed. R. Civ. P. 25(d), she should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of Social Security Act § 205(g), 42 U.S.C. § 405(g) (2006).

This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C. § 405(g) (2006).

**3.     DATES OF FILING RELEVANT PLEADINGS**

    A.     <u>Date Complaint Was Filed</u>: December 10, 2012

    B.     <u>Date Complaint Was Served on U.S. Attorney's Office</u>: December 14, 2012

    C.     <u>Date Answer and Administrative Record Were Filed</u>: February 12, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

    A.     <u>Plaintiff's Opening Brief Due</u>: April 15, 2013

    B.     <u>Defendant's Response Brief Due</u>: May 15, 2013

      C.     <u>Plaintiff's Reply Brief (If Any) Due</u>: May 30, 2013

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      A.     <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

      B.     <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties *do not* consent to the exercise of jurisdiction by a magistrate judge.

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 28th day of February, 2013.

                                          BY THE COURT:

                                          <u>*s/John L. Kane*</u>
                                          U.S. DISTRICT COURT JUDGE