IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-3213-AP**

**DELORES RAMOS,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

### ORDER

---

Kane, J.

The Stipulated Motion for an Award of Attorney Fees (doc. #19), filed June 18, 2013,

is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney

fees and expenses in the amount of **$4,482.48**.

Dated at Denver, Colorado, this 18th day of June, 2013.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT