IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-3213-AP**

**DELORES RAMOS,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Plaintiff's Unopposed Motion for Attorney Fees Pursuant to 42 USC 406(b), (doc. #21), filed April 1, 2014, is **GRANTED**. In consideration thereof, it is

**ORDERED** that Defendant pay to Plaintiff's attorney, reasonable attorney fees in the amount of $21,396.48 with $4,482.48 refunded to Ms. Ramos as the EAJA fee.

Dated at Denver, Colorado, this 2nd day of April, 2014.

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT